```
JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 11-02223 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Claudia G. Vargas, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Claudia G. Vargas, in the principal amount of $14,701.85 plus interest accrued to March 11, 2011, in the sum of $972.34; with interest accruing thereafter at the daily rate of $1.32 until entry of judgment, for a total amount of **$15,674.19**.

DATED: April 19, 2011        By:  Terry Nafisi
                                  Clerk of the Court

                                  A. Martinez
                                  Deputy Clerk
                                  United States District Court

Page 5